IN THE UNITED STATES DISTRICT COURT FOR

NORTHERN DISTRICT OF FLORIDA

(Gainesville Division)

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** ) | | |
| ) | | |
| **v.** ) | | Docket No. 1:07CR11-005 MMP |
| ) | | |
| **SARAH SUMNER** ) | | |

# O R D E R

This matter is before the Court on a petition alleging that the defendant violated the conditions of her pretrial release as outlined in Pretrial Form PS8 filed with the Clerk of the U. S. District Court for the Northern District of Florida, on February 14, 2008.

Based on the defendant's admission of guilt to the violations as outlined in the Pretrial Form PS8, the Court finds that the defendant violated the terms and conditions of her pretrial release.

**IT IS HEREBY ORDERED** that the defendant be continued on pretrial release under the same terms and conditions previously imposed.

**DONE AND ORDERED** this   20th  day of February, 2008.


 s/Maurice M. Paul
MAURICE M. PAUL, SENIOR
UNITED STATES DISTRICT JUDGE


February 22, 2008
DATE